**SEALED**

BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
FEB 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CASE NO. 2:16-MJ-0049 AC
                                    )
            Plaintiff,              )
                                    )   SEALING ORDER
    v.                              )
                                    )
JUAN ANTONIO MENDOZA MERAZ,         )
                                    )
            Defendant.              )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: February 22, 2016

_____
ALLISON CLAIRE
United States Magistrate Judge